UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DAILY,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLPATH, et al.,<br><br>      Defendants. | No. 2:24-cv-00669-CKD PS<br><br><br>ORDER |

Plaintiff proceeds without counsel in this civil action removed by the defendants. (ECF 1). Plaintiff has filed a motion for a 17-day extension of time to respond to two motions to dismiss filed by the defendants on March 8, 2024.

Good cause appearing, IT IS ORDERED as follows:

1. Plaintiff's request for extension of time (ECF No. 11) is GRANTED;

2. Plaintiff is granted 17 days from the date of this order to file responses to the defendants' motions to dismiss filed on March 8, 2024.

Dated:  March 25, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
dail24cv669.36mtd

1