UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DAILEY, | No. 2:24-cv-00669-CKD |
| Plaintiff, | |
| v. | ORDER |
| WELLPATH, et al., | |
| Defendants. | |

Plaintiff is a former county inmate proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and is proceeding in forma pauperis. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

A review of the docket in this case reveals that plaintiff was in custody at the time the second amended complaint was filed in state court. ECF No. 1 at 7. Thus, when this action was removed from state court, it should have been opened as a prisoner action. Therefore, the Clerk of Court is directed to modify the docket to reflect that this case is a prisoner civil rights action. Although plaintiff filed a notice of change of address on March 22, 2024, following her release from custody, this case is still proceeding as a prisoner civil rights action.

This court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). However, before the court could screen plaintiff's amended complaint, defendants filed separate

1

motions to dismiss and calendared them for a hearing on the court's docket. ECF Nos. 8, 9. These motions to dismiss were prematurely filed and will be dismissed without prejudice to refiling once the court screens plaintiff's amended complaint. This dismissal moots the need for a hearing on April 24, 2024. This case will therefore be removed from the court's calendar of April 24, 2024 at 10:00 a.m.

The parties are further advised that as a prisoner civil rights action, this case is governed by Local Rule 230(l) which requires all motions to be "submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar."

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to modify the docket to reflect that this case is a prisoner civil rights action.
2. Defendants' motions to dismiss (ECF Nos. 8, 9) are denied without prejudice to renewal after the court has screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a).
3. The motions hearing scheduled for April 24, 2024, is hereby removed from the court's calendar in light of the dismissal without prejudice of the motions to dismiss.
4. The court will screen plaintiff's amended complaint in due course.
5. Defendants are advised that no response is required unless and until the court screens plaintiff's amended complaint and determines that plaintiff has stated a cognizable claim for relief.

Dated: April 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dail0669.convert